[No. 17907-5-II.   Division Two.   August 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RAY WEDDELL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00236-7, Milton R. Cox, J., entered January 6, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Fleisher, JJ.

[No. 17022-1-II.   Division Two.   August 11, 1995.]

DEPARTMENT OF REVENUE, *Respondent*, v. KIMBERLY-CLARK CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 88-2-00517-3, Richard A. Strophy, J., entered March 10, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Wiggins, J., concurred in by Seinfeld, C.J., and Fleisher, J.

[No. 17078-7-II.   Division Two.   August 11, 1995.]

ERNEST HELVOGT, JR., *Respondent*, v. JOSEPH H.R. GELISSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-08373-3, Frederick B. Hayes, J., entered March 26, 1993. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Houghton, A.C.J., and Morgan, J.